UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KSENIIA PETROVA<br><br>Defendant | CRIMINAL No. 25-cr-10272 |

**JOINT INITIAL STATUS REPORT**

Pursuant to Local Rule 116.5(a), the government submits the following status report, having conferred with, and received assent from, Defendant's counsel.

**1. Automatic and Additional Discovery and Discovery Requests**

The government produced automatic discovery to the defendant on July 25, 2025.

2. **Timing of Additional Discovery Requests**

The Defendant has not completed examination of the automatic discovery and will need further time to determine if there is a need to request additional discovery.

**3. Protective Orders**

No protective order is necessary.

**4. Pretrial Motions**

The Defendant has not filed any pretrial motions under Fed. R. Crim. P. 12(b). As noted, the examination of the automatic discovery has not yet been completed. The Defendant will need additional time to determine if pretrial motions will be filed and, if so, how much time is needed.

**5. Timing of Expert Disclosures**

The court has not yet established a date for expert witness disclosures. While the parties anticipate that expert witnesses may testify at trial, the parties believe it is premature to set a deadline for expert disclosures at this time.

**6. Excludable Delay**

Zero days of non-excludable time have accrued.

**7. Timing of Interim Status Conference**

Due to the circumstances set forth in this status report, the parties believe it is unnecessary to hold the initial status conference on August 8, 2025. Instead, the parties request that the Court set an interim status conference in approximately 30 days. The parties jointly and respectfully request that the Court, having excluded the time from the date of the initial appearance until the date of the Initial Status Conference, should now exclude the time from August 8, 2025 through the date set for the interim status conference, pursuant to the provisions of the Speedy Trial Act, specifically, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweigh the best interest of the public and Defendants in a speedy trial.

August 6, 2025                                              Respectfully submitted,

                                                      LEAH B. FOLEY
                                                     United States Attorney

                                                     /s/ Nadine Pellegrini
                                                     NADINE PELLEGRINI
                                                     Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/Nadine Pellegrini
NADINE PELLEGRINI
Assistant United States Attorney

Date: August 6, 2025