UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
25-10272-LTS

UNITED STATES OF AMERICA

v.

KSENIIA PETROVA

**INTERIM STATUS REPORT**

December 16, 2025

DEIN, M.J.

An Interim Status Conference was scheduled to be held remotely before this court on December 19, 2025 pursuant to the provisions of Local Rule 116.5(b), but with the court's consent the parties proceeded by way of a Joint Status Report. Based on that Report, this court enters the following report and orders to wit:

1. The government produced its automatic discovery on July 25, 2025. The defendant is in the process of reviewing the documents produced by the government to date.

2. The government does not expect to produce additional discovery except in accordance with the Local Rules and in response to specific requests.

3. The defendant intends to file a motion to compel. **The defendant shall file her motion to compel by December 19, 2025. The government shall file its opposition by January 19, 2026. The motion shall be heard at the status conference scheduled herein for January 27, 2026.** The date for filing dispositive motions shall be set at the next status conference.

4. The date for providing expert disclosures will be addressed at the next status conference.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment. Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of December 19, 2025 through January 27, 2026, that being the period between the expiration of the last order of excludable time and the next status conference.

[2]

Based upon the prior orders of the court dated June 27, 2025, August 8, 2025, September 9, 2025, October 14, 2025 and the order entered contemporaneously herewith, at the time of the Final Status Conference on January 27, 2026, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. **A Final Status Conference and hearing on the motion to compel has been scheduled for January 27, 2026 at 10:00 a.m.** Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7. At present the parties anticipate that a trial will be necessary and that it will last approximately one week.

            / s / Judith Gail Dein
            JUDITH GAIL DEIN
            UNITED STATES MAGISTRATE JUDGE