Exhibit C




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

**CASE NUMBER**
BO07WE25BO0001

**CASE OPENED**
5/2/2025

**CURRENT CASE TITLE**
Kseniia PETROVA et al.

**REPORT TITLE**
HSI Subject Report - Kseniia
PETROVA

**REPORTED BY**
Brian Goldsworthy
SPECIAL AGENT

**APPROVED BY**
Michael Nagle
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
5/14/2025

## SYNOPSIS

On February 16, 2025, Kseniia PETROVA (DOB: 12/29/1994 ARN: 240485724 COC: Russia) was encountered by CBP at Boston Logan Airport when she arrived from Paris France via Air France flight 334. PETROVA failed to declare biological material that she was importing for use as a research assistant at Harvard Medical School. CBP processed her as an inadmissible alien under 8 U.S.C. 1182 and she was turned over to ICE ERO for removal proceedings.

This report of investigation documents the receipt of an HSI Subject Report sent from the HSI National Security Division.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Kseniia PETROVA et al. | BO07WE25BO0001-003 | 5/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/11/2025 12:52 EDT                                                              Page 2 of 9

## DETAILS OF INVESTIGATION

On May 14, 2025, the HSI National Security Division provided HSI Boston a subject report for
Kseniia PETROVA.  The full report is linked to this report in the media section.  The following
is a summary of the text in the report:

RE: BEAR/BS: May 13, 2025
Name: Kseniia PETROVA
Alias: КСЕНИЯ ДМИТРИЕВНА ПЕТРОВА
DOB: ████████████4
POB: Moscow, Russia
COC: Russia
ARN: ████████
FCO: OAK
COA: ERF
Current Status: ERF / J1
CONUS Status: CONUS
PPN: ████/Russia (Expiration: July 7, 2032)
FBI#: ████
FIN: ████████
Last Known Address: In Custody at Richwood Correction Center, 180 Pine Bayou Cir, Monroe, LA
71202 (February 24, 2205 – Present) – Source: EARM, May 12, 2025.

Immigration Summary
PETROVA is an ERF (Expedited Removal – Credible Fear) as of February 16, 2025. She is also
active J1 (Exchange Visitor) as of February 21, 2025 according to SEVIS.
•
On February 16, 2025, PETROVA was arrested and served with an I-860 (Notice and Order of
Expedited Removal). Processing Disposition: Expedited Removal with Credible Fear. Future Hearing
Date: July 22, 2025. Case Status: Pending. Case#: 24884121. Source: EARM, May 12, 2025.
o
On March 30, 2025, second parole request was denied.
o
On March 25, 2025, parole was denied.
o
On February 27, 2025, credible fear was claimed and referral was made to USCIS. USCIS rejected
the credible fear package (USCIS cannot accept 212 submitted, please email the triggering
documents.)
•

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Kseniia PETROVA et al. | BO07WE25BO0001-003 | 5/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of
this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



On May 1, 2023, PETROVA was issued a J1 visa, number ███████, valid until April 26, 2026. Source: CCD, May 12, 2025. Issuing Post: Tel Aviv, Israel.
o
Analyst Note: According to CCD, this visa was cancelled by DHS on February 17, 2025.
Criminal History
CONUS
•
According to EARM, PETROVA has the following criminal history information:
o
February 16, 2025, charged with 212(a)(7)(A)(i)(I) Immigrant Without an Immigrant Visa and 212(a)(6)(A)(i) Alien Present Without Admission or Parole.
Additional Aliases
• Kseniia Dmitrievna PETROVA
• Ksenia PETROVA
• Kseniya PETROVA
Biometrics.
•
Height: 70 inches
•
Weight: 130 lbs.
•
Eye Color: Brown
•
Hair Color: Brown
•
Sex: Female
Miscellaneous Documents/Identifiers
•
Visa#: J1, ███████ Cancelled
•
SEVIS ID: ███████
•
IP Addresses: 213.208.172.200 / 79.139.204.188
TECS
•
On May 2, 2025, ICE OI – Boston, MA, created TECS record P1F01167000CBO. Comments state: Subject of HSI Boston Smuggling investigation. Subject attempted to import undeclared biological material in February of 2025 at Boston Logan Airport.
o
Case#: BO07WE25BO0001.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Kseniia PETROVA et al. | BO07WE25BO0001-003 | 5/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

- •
On April 15, 2025, State Department – CLASS Tape Interface, created TECS record ███████████.
Comments state: A P-prefixed exclusion code is a quasi-refusal, not a hard finding of
ineligibility. SAO Mantis required.
- •
On February 18, 2025, CBP Field Ops, created TECS record ███████████. Comments state: Subject
encountered at Boston Logan International Airport on 02/16/2025 with Biological Material that
was TOT FBI.
- o
SEACATS#: ███████████
- •
On February 16, 2025, CBP Field Ops, created TECS record ███████████. Comments state: Do not
admit on primary – refer to admissibility secondary. Subject claimed asylum at Boston, MA Logan
POE on this date. See USEC event# 68761204 SIGMA Event: 68761204.
Travel
- •
ARRIVAL: February 16, 2025, via Logan International Airport (BOS) on Air France (AF) #334, from
Charles De Gaulle International Airport (CDG) in Paris, France using Russian passport #███████████
- •
DEPARTURE: January 23, 2025, via BOS on AF #333, bound for CDG using Russian passport #███████████
- •
ARRIVAL: October 24, 2024, via BOS on Qatar Airlines (QR) #743, from Zvartnots International
Airport (EVN) in Yerevan, Armenia by way of Doha International Airport (DOH) in Doha, Qatar
using Russian passport #███████████.
- •
DEPARTURE: October 17, 2024, via BOS on QR #744, bound for EVN by way of DOH using Russian
passport #███████████.
- •
ARRIVAL: June 26, 2024, via BOS on Air France (AF) #322, from CDG using Russian passport
#███████████.
- •
DEPARTURE: June 15, 2024, via BOS on AF #321, bound for CDG using Russian passport #███████████.
- •
ARRIVAL: April 18, 2024, via BOS on El Al Israel Airlines (LY) #15, from TLV using Russian
passport #███████████.
- •
DEPARTURE: March 28, 2024, via BOS on QR #744, bound for EVN by way of DOH using Russian
passport #███████████.
- •
ARRIVAL: May 11, 2023, via BOS on LY #15, from TLV using Russian passport #███████████.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Kseniia PETROVA et al. | BO07WE25BO0001-003 | 5/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

```
Family / Relatives / Associates
* The below family / relatives / associates may not be all inclusive, as it only contains those
found in DHS systems.
·
Father - PETROV, Dmitrii, DOB: ████████. Source: CCD, May 12, 2025.
·
Mother - ZABORSKAIA, Irina, DOB: ████████. Source: CCD, May 12, 2025.

US Advisor - PESHKIN, Leon, ████████████████████████████
████████████████████████████████████████████████
████████████████████████████████
·
Research Associate - M███████████████████████████████
████████████████████████████████████
█████████████
·
Additional Points of Contact in CCD:
o
████████████████████████████████████████████████
████████████████████████████████
████████████████████████████
████████████████████████
████████████████████████████████████████████
████████████████████████████
████████████████████████████████████████████
█████████████
·
PETROVA has the following employment information:
o
Bioinformatician at Quantori (2021 - 2022). Source: EARM, May 12, 2025.
```

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Kseniia PETROVA et al. | BO07WE25BO0001-003 | 5/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

06/11/2025 12:52 EDT                                                                 Page 6 of 9

- ▪
  Analyst Note: This period of employment aligns with employment she disclosed on her visa application as a Bioinformatician at Cloud Devops Services, in Saint Petersburg, Russia (July 2021 – September 2022). Her LinkedIn page references she worked here while in Tbilisi, Georgia. Open Source information shows this company is located in Cambridge, MA and uses software and AI in the health care field.

OCONUS

- ▪
  PETROVA has the following employment information:

  ○
  Scientific Software Developer at the Institute of Gene Biology, Russian Academy of Sciences, 34 Vavilova St, Moscow, Russia (December 2022 – 2024). Source: CCD, May 12, 2025.

  - ▪
    Analyst Note: This was her place of employment when she applied for a visa on April 7, 2023.

  ○
  Bioinformatician of Genetic Disorders at the Moscow Center for Genetics (2016 to 2023). Source: EARM, May 12, 2025.

  - ▪
    Analyst Note: PETROVA was asked whether this was a Russian government institution, and she stated that about half of the scientists worked for the Russian government and half for hospitals.

Education
CONUS

- [J1] PETROVA was approved for participation as a Research Scholar in Biological and Biomedical Sciences with Harvard Medical School / Systems Biology, Program#: P-1-00124, Program Start Date: May 22, 2023, Program End Date: May 21, 2026, SEVIS Status: Active as of February 21, 2025, SEVIS ID: N0034204909. Source: SEVIS, May 13, 2025.

  ○
  Site of Activity (New – February 2025): 210 Longwood Ave, Boston, MA 02115.

  ○
  Site of Activity (Old): Harvard University GSAS, 13590 Massachusetts Ave, Rm 350, Cambridge, MA 02138.

OCONUS

- ▪
  PETROVA has the following education information:

  ○
  Master Degree in Bioinformatics from Moscow Institute of Physics and Technology. Source: EARM, May 12, 2025.

  ○

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Kseniia PETROVA et al. | BO07WE25BO0001-003 | 5/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

Bachelors Degree in Math and Physics from Moscow Institute of Physics and Technology. Source: EARM, May 12, 2025.

Potential Fraud

•

PETROVA has the following potentially fraudulent information:

o

PETROVA's smuggling of frog embryos appears to have been pre-mediated. Open source reporting shows Leon PESHKIN admitted to asking PETROVA to pick up frog embryos in France. PETROVA admitted to CBP that the embryos originated in the lab of Anne Helene Monsoro-Burq, who has co-published U.S. Government-funded research with PETROVA and PESHKIN. CBP's advanced search of PETROVA's phone revealed that she was in communication with PESHKIN regarding smuggling materials into the U.S. Source: Open Source/UPAX/EARM, May 13, 2025.

o

In reference to her credible fear claim against returning to Russia, Open Source reporting shows PETROVA fled Russia in 2022 after being arrested for signing an online petition via Facebook to impeach Russian President Vladimir Putin. A combination of PETROVA's visa application, admissions to DHS officials and Open Source information shows that she claimed employment with and published research on behalf of a Russian governmental research institution after the date she claimed to have fled Russia. This information would appear to undermine her credible fear claim. Source: Open Source/UPAX/EARM, May 13, 2025.

Addresses / Phone Numbers / Email Addresses

CONUS

•

PETROVA has the following additional address(es):

o

In Custody at Chittenden Regional Correction Facility, 7 Farrell St, South Burlington, VT 05403 (February 17, 2025 – February 24, 2025) – Source: EARM, May 12, 2025.

o

████████████████████████████████ Residence (April 2024 – February 2025). Source: SEVIS, May 13, 2025.

o

████████████████████████ (February 18, 2025). Source: UPAX, May 13, 2025.

o

████████████████████████ (March 1, 2024 – April 19, 2024). Source: SEVIS/EARM, May 13, 2025.

o

████████████████████████████████. Source: SEVIS, May 13, 2025.

•

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Kseniia PETROVA et al. | BO07WE25BO0001-003 | 5/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

PETROVA has the following phone number(s):

▪

PETROVA has the following email address(es):

○

OCONUS

▪

PETROVA has the following address(es):

○

▪

PETROVA has the following phone number(s):

○

Open-Source Summary:
Open Source analysis for PETROVA was positive. Findings indicate that there has been much media attention to PETROVA's immigration detention. Various articles and podcasts were found interviewing PETROVA, including one opinion piece authored by her. Of note, PETROVA, Leon PESHKIN and a French researcher Anne Helene MONSORO-BURQ are featured as co-authors on U.S. Government funded research. Additionally, PESHKIN is reported to have instructed PETROVA to go to France to pick up frog embryos to bring back to the U.S., which indicates a pre-existing relationship and pre-meditated effort to import materials. Additional findings show that PETROVA appears as a co-author affiliated with the Russian Government on a publication funded by the Russian Government well after the time she was reported to have fled Russia due to political persecution.
Web Identities:
▪
LinkedIn; Profile Name: Kseniya Petrova; (www.linkedin.com/in/kseniya-petrova-bio). Source: CCD/ May 13, 2025.
Open Source Screenshots:

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Kseniia PETROVA et al. | BO07WE25BO0001-003 | 5/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

- 

Below is a May 13, 2025, Opinion article authored by PETROVA in the New York Times. PETROVA writes about her research at Harvard and that her lab created a one-of-a-kind microscope that measures the chemical makeup in cells and could one day develop treatments for Alzheimer's and cancer:

Source: https://www.nytimes.com/2025/05/13/opinion/ice-detention-russian-scientist.html

- 

According to a May 13, 2025, USA Today article, Leon PESHKIN admitted to asking PETROVA go to a laboratory in France and pick up frog embryos. The article states "Previous shipments to the lab had been lost or damaged in transit, so Peshkin thought it would be more efficient if they were hand-carried." PETROVA is reported to have thought she did not need to declare the materials at Logan airport.

Source: https://www.usatoday.com/story/news/nation/2025/05/13/federal-judge-hears-arguments-kseniia-petrova/83580545007/

Below is an article in the Guardian newspaper dated March 27, 2025, that again shows PESHKIN directed PETROVA to pick up research materials in France and bring them back to the U.S.

Source: https://www.theguardian.com/us-news/2025/mar/27/russian-scientist-harvard-medical-school-ice-detention

- 

Below are two publications from April and July of 2024 showing PETROVA, PESHKIN and Anne MONSORO-BURQ as co-authors. Both papers received funding from the National Institutes of Health.

Source: https://pmc.ncbi.nlm.nih.gov/articles/PMC11315121/

Source: https://pubmed.ncbi.nlm.nih.gov/38614285/

- 

Below is a publication submitted to the journal Agronomy in August 2023 which shows PETROVA and seven co-authors claiming affiliation with the Russian Academy of Sciences' Federal Research Center in Moscow. This date is well after PETROVA claimed to have fled Russia for fear of political persecution. The publication shows it was funded by the Russian Government and advanced its goal of developing "a world-class scientific center" for the agrotechnology.

Source: https://www.mdpi.com/2073-4395/13/10/2602

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Kseniia PETROVA et al. | BO07WE25BO0001-003 | 5/14/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.