UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CRIMINAL No.
25-10272-LTS

UNITED STATES OF AMERICA

v.

KSENIIA PETROVA

**INTERIM STATUS REPORT**

February 10, 2026

DEIN, M.J.

An Interim Status Conference pursuant to Local Rule 116.5(b) and hearing on defendant's

motion to compel was held before this court on February 10, 2026, pursuant to the provisions of Local

Rule 116.5(b). The hearing had been continued from January 27, 2026 by agreement of the parties.

Based on that hearing, this court enters the following report and orders to wit:

1. The government produced its automatic discovery on July 25, 2025.  The defendant is in the
   process of reviewing the documents produced by the government to date.  The court will issue
   an order ordering the production of additional documents by the government.

2. The government does not expect to produce additional discovery except in accordance with the
   Local Rules and in response to court orders and specific requests.

3. The date for filing dispositive motions shall be set at the next status conference.

4. The date for providing expert disclosures will be addressed at the next status conference.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and
   Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States
   District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court
   and Procedures for Implementing Them, Effective December 2008) that the defendant requires
   additional time for the preparation of an effective defense, including time for review of the
   evidence, preparation of motions, and consideration of alternatives concerning how best to
   proceed with this matter, and that the interests of justice outweighs the best interests of the
   public and the defendant for a trial within seventy days of the return of an indictment.
   Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period
   of January 27, 2026 through March 27, 2026, that being the period between the expiration of
   the last order of excludable time and the next status conference.

   Based upon the prior orders of the court dated June 27, 2025, August 8, 2025, September 9,
   2025, October 14, 2025, December 16, 2025 and the order entered contemporaneously

herewith, at the time of the Final Status Conference on March 27, 2026, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6.  A Final Status Conference has been scheduled for March 27, 2026 at 10:30 a.m.  Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7.  At present the parties anticipate that a trial will be necessary and that it will last approximately one week.

  _____ / s / Judith Gail Dein _____
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE