UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 1:25-10272-LTS-JGD |
| KSENIIA PETROVA, | ) ) ) | |
| Defendant | ) ) | |

## ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

The government respectfully submits this motion to continue the final status conference currently set for June 5, 2026.

On April 1, 2026, the Court issued a Memorandum of Decision and Order with respect to the defendant's motion to compel discovery ("Order," Dkt. 55). On April 13, 2026, the parties filed a joint status report indicating that the government intended on filing objections to the Order for review by the district judge and proposing deadlines for those objections and a response. Dkt. 56. The Court adopted those deadlines and scheduled the final status conference for June 5, 2026. Dkt. 58. The government filed its objections on May 4, 2026. Dkt. 63. Any response by the defendant is due on June 1, 2026.

The government respectfully submits that the issues for a final status conference (including deadlines for any dispositive motions and any further discovery issues) would best be addressed after the district judge has reviewed the parties' filings and ruled on the government's objections. The government accordingly requests that the Court continue the final status conference until

approximately two weeks after the district court has entered such a ruling (and exclude the time until such date under the Speedy Trial Act).[1]

The defendant, through counsel, assents to the request to continue the final status conference.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

By:    /s/ David M. Holcomb
DAVID M. HOLCOMB
Assistant United States Attorney

Date:  May 28, 2026

---

[1] Alternatively, the government respectfully requests that the Court continue the final status conference for a short period based on a personal conflict of the undersigned Assistant U.S. Attorney that requires him to be away from Boston on June 5, 2026.

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on May 28, 2026 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

By:    */s/ David M. Holcomb*
David M. Holcomb
Assistant United States Attorney