UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
25-10272-LTS

UNITED STATES OF AMERICA

v.

KSENIIA PETROVA

**INTERIM STATUS REPORT**

September 25, 2026

DEIN, M.J.

An Interim Status Conference pursuant to Local Rule 116.5(b) was scheduled to be held before this court on September 29, 2026, but the parties have filed an assented to motion to continue the status conference. That motion is ALLOWED and this court enters the following order:

1. The government has filed an objection to this court's order authorizing the defendant to seek additional documents from the government. That objection is presently pending before the District Judge. To allow time for the resolution of that objection, the status conference presently scheduled for September 29, 2026 is continued to **November 30, 2026 at 10:00 a.m.** If the status of the matter before the District Judge warrants an adjustment of date for the next status conference before this court, the parties shall file an appropriate motion.

2. The government does not expect to produce additional discovery except in accordance with the Local Rules and in response to court orders and specific requests.

3. The date for filing dispositive motions shall be set at the next status conference.

4. The date for providing expert disclosures will be addressed at the next status conference.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment. Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of September 29, 2026 through November 30, 2026, that being the period between the expiration of the last order of excludable time and the next status conference.

Based upon the prior orders of the court dated June 27, 2025, August 8, 2025, September 9, 2025, October 14, 2025, December 16, 2025, February 10, 2026, March 24, 2026, April 14, 2026, June 1, 2026, June 29, 2026, August 10, 2026 and the order entered contemporaneously herewith, at the time of the Final Status Conference on November 30, 2026, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. A Final Status Conference has been scheduled for November 30, 2026 at 10:00 a.m. Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7. At present the parties anticipate that a trial will be necessary and that it will last approximately one week.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE