UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Crim. No. 1:25-10272-LTS-JGD |
| KSENIIA PETROVA, | ) | |
| Defendant | ) | |

**STATUS REPORT IN RESPONSE TO COURT ORDER (DKT. 86)**

The government respectfully submits this status report on behalf of the parties in accordance with the Court's Memorandum and Order on Appeal of Magistrate Judge's Decision (Dkt. 86) ("Order").

The government and counsel for Ms. Petrova have conferred and discussed potential issues concerning the discovery that the Court has ordered to be produced. At this time, the government is still assessing its response to the Order and requests leave of the Court to submit a further status report before the final status conference scheduled for November 30, 2026, no later than November 13, 2026.

Counsel for Ms. Petrova reserves her rights to move for earlier production of responsive materials, to seek other relief based on the government's further report, and to challenge the scope and completeness of any government productions made pursuant to the Court's Orders. Ms. Petrova anticipates several potential issues for resolution at the November 30 final status conference. For example, Ms. Petrova may seek information about how the government has searched for and collected communications concerning the criminal referral that may be responsive to Requests 16 to 17 of Ms. Petrova's discovery letter (*e.g.*, from which custodians, from which

devices and platforms, and with which search terms). Moreover, based on the parties' discussions, the defense expects that it may be necessary for the Court to address Requests 18 and 19 (seeking lists of all federal cases in various categories) based on the government's representation that no such compilation of case information is within the government's possession, custody, or control.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

By: */s/ David M. Holcomb*
DAVID M. HOLCOMB
Assistant United States Attorney

Date: October 23, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

By: */s/ David M. Holcomb*
David M. Holcomb
Assistant United States Attorney